# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN FRANCIS ARPINO,
Petitioner,
vs.
THE STATE OF NEVADA; WASHOE COUNTY BOARD OF COUNTY COMMISSIONERS; RICHARD A. GAMMICK; NATHAN EDWARDS; AND ERICA JONES,
Respondents.

No. 69200

**FILED**

FEB 1 0 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DENYING PETITION*

This is a pro se petition for a writ of prohibition. Petitioner seeks an order prohibiting the district court from consolidating his lower court cases and an order prohibiting the district court from conducting a vexatious-litigant hearing outside his presence. We have reviewed the documents submitted in this matter, and without deciding upon the merits of any underlying claims raised therein, we decline to exercise original jurisdiction in this matter.[1] *See* NRS 34.320; NRS 34.330. There is nothing in the documents before this court indicating that the district court will conduct a vexatious-litigant hearing in absentia and petitioner has not demonstrated that the district court abused its discretion in consolidating his lower court cases. Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

---

[1]We deny the emergency motion filed pursuant to NRAP 27(e).

16-04421

cc:     Hon. Lidia Stiglich, District Judge
        John Francis Arpino
        Attorney General/Carson City
        Washoe County District Attorney
        Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A